# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

EUGENE SCALIA, Secretary,
United States Department of Labor                           PETITIONER

v.                          No. 3:19-cv-322-DPM

NU-WAY PRODUCTS COMPANY, INC.,
d/b/a Nu-Way Pool & Spa                                     RESPONDENT

## ORDER

1. Petition for injunction, № 1, noted. The Court will hold a hearing on the petition on 17 December 2019 at 10:00 a.m. at the Gathings Federal Building, 615 South Main Street, Jonesboro, Arkansas in courtroom 324. Each party and its lawyer must appear. Each side will have two hours to present evidence and argument.

2. The Department must make good personal service of its petition, memorandum, and this Order on Nu-Way by close of business on 19 November 2019. Proof of service due by 22 November 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2019