IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MILTON AL STEWART,*
Secretary, United States
Department of Labor                                                              PETITIONER

v.                              No. 3:19-cv-322-DPM

NU-WAY PRODUCTS COMPANY, INC.,
d/b/a Nu-Way Pool & Spa                                                        RESPONDENT

ORDER

The Court entered the agreed injunction, *Doc. 8*, in December 2019. The Order was designed as a temporary measure. And the Court is growing concerned about the various delays. The administrative hearing is now scheduled for November 2021.

The Court sets a one-day hearing on whether the preliminary injunction should become a permanent injunction, and if so on what terms, for 6 December 2021 in Jonesboro. Each side will have two hours to present its case. The parties can use the discovery they're doing in the administrative proceeding to prepare for the hearing.

Unopposed motion, *Doc. 21*, granted as modified. A condensed Final Scheduling Order will issue.

---

\* Milton Al Stewart is the Acting Secretary of Labor. The Court directs the Clerk to update the docket. FED. R. CIV. P. 25(a).

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

8 March 2021