IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARTIN J. WALSH,
Secretary of Labor, United States
Department of Labor                                                   PETITIONER

v.                              No. 3:19-cv-322-DPM

NU-WAY PRODUCTS COMPANY, INC.,
d/b/a/ Nu-Way Pool & Spa                                              RESPONDENT

ORDER

Status report, *Doc. 25*, appreciated. The Secretary advises the Court that the Occupational Safety and Health Review Commission's agreed final order in this matter is imminent. As requested, the Court's injunction, *Doc. 8*, is therefore vacated. 29 U.S.C. § 662(b). The Final Scheduling Order, *Doc. 23*, is suspended and the 6 December 2021 hearing is cancelled. The Court will dismiss this case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2021