IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARTIN J. WALSH,
Secretary of Labor, United States
Department of Labor                                                          PETITIONER

v.                              No. 3:19-cv-322-DPM

NU-WAY PRODUCTS COMPANY, INC.,
d/b/a/ Nu-Way Pool & Spa                                                 RESPONDENT

JUDGMENT

The Secretary's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2021